| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SEYMOUR, STEPHANIE K. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS | 3. Date of Report<br><br>04/21/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE--SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>4-562 U.S. COURTHOUSE<br>333 WEST FOURTH<br>TULSA, OK 74103-3877 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | Vice President of Board of Directors | Crested Butte Music Festival, Crested Butte, CO |
| 3. | Board Member | Tenth Circuit Historical Society, Denver, CO |
| 4. | Advisory Council Member | Community Foundation of Gunnison Valley |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | self-employed - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of North Carolina Law School | 2/22/2013 - 2/24/2013 | Chapel Hill, NC | Judge Moot Court Competition | Air fare only |
| 2. | New Mexico State Bar Association | 11/22/2013 | Albuquerque, NM | Conference Keynote Speaker | Air fare only |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SEYMOUR, STEPHANIE K.** | 04/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts | A | Int./Div. | M | T | | | | | |
| 2. F&M Bank Accounts | A | Interest | K | T | | | | | |
| 3. -UBS Accounts | A | Interest | N | T | | | | | |
| 4. | | | | | Open | 04/02/13 | M | | |
| 5. Rental Property, Tulsa, OK ($630,000, 5/1/2001) | D | Rent | | | Sold | 07/24/13 | O | | |
| 6. Rental Property, Mt. Crested Butte, CO ($245,000, 9/1/92) | C | Rent | O | R | | | | | |
| 7. Lot, Mt. Crested Butte, CO ($81,000, 8/10/94) | | None | L | R | | | | | |
| 8. Brokerage #5 (H) | | | | | | | | | |
| 9. -Cathay Bk CA (CD) | B | Interest | L | T | | | | | |
| 10. -Cavanal Hill TX Fr MM -Slct (cash equivalent) | A | Int./Div. | J | T | | | | | |
| 11. -Community West Bk CA (CD) | D | Interest | M | T | | | | | |
| 12. -Four Oaks B&t NC (CD) | C | Interest | M | T | | | | | |
| 13. -GE Capital Fin'l UT (CD) | D | Interest | M | T | | | | | |
| 14. -North Star Bk FL (CD) | A | Interest | L | T | | | | | |
| 15. -1st Rep Bk BofA CA (CD) | C | Interest | L | T | | | | | |
| 16. -1st Rep Bk BofA CA (CD) | C | Interest | L | T | | | | | |
| 17. IRA #5 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Invesco Global Real Estate Fd (ASRAX) (mutual fund) | A | Dividend | K | T | Buy (add'l) | 10/03/13 | J | | |
| 19. -IShares Trust S&P US PFD Stock Index Fund (PFF) (ETF) | A | Dividend | K | T | Buy (add'l) | 10/03/13 | J | | |
| 20. | | | | | Sold (part) | 05/31/13 | J | A | |
| 21. -SPDR Barclays Cap High Yd (JNK) (ETF) | A | Dividend | | | Sold | 05/31/13 | K | A | |
| 22. -Vanguard Short Term Corp BD (VCSH) (ETF) | A | Dividend | K | T | Sold (part) | 05/31/13 | J | | |
| 23. -Double Line Total Return Fund N (DLTNX) (mutual fund) | B | Dividend | K | T | Sold (part) | 06/03/13 | J | | |
| 24. | | | | | Sold (part) | 10/03/13 | J | | |
| 25. -Loomis Sayles Investment Grade Bond (LIGRX) (mutual fund) | B | Dividend | K | T | Sold (part) | 05/31/13 | J | A | |
| 26. | | | | | Sold (part) | 10/03/13 | J | | |
| 27. -TCW Emerging Markets Income Fd Cl N (TGINX) (mutual fund) | B | Dividend | K | T | Sold (part) | 06/03/13 | J | A | |
| 28. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 29. -Virtus Multi-Sector Short Term Bond (NARAX) (mutual fund) | B | Dividend | K | T | Sold (part) | 05/31/13 | J | A | |
| 30. | | | | | Sold (part) | 10/03/13 | J | | |
| 31. -Kimco Realty Corp 6.900% (KIM.PRH) (preferred) | A | Dividend | | | Sold (part) | 05/31/13 | J | | |
| 32. | | | | | Sold | 10/03/13 | J | | |
| 33. -PS Business Parks Inc Cuml Ser S 6.450% (PSB.PRS) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 34. -Public Storage 6.500% Pref CLBL Par Value (PSA.PRP) (preferred) | A | Dividend | | | Buy (add'l) | 05/31/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/03/13 | J | | |
| 36. -Vornado Rlty TR Cuml Ser J Pref 6.875 (VNORJ) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 37. -Weingarten Realty Invest 8.100% (WRD) (preferred) | A | Interest | | | Buy (add'l) | 05/31/13 | J | | |
| 38. | | | | | Sold | 10/03/13 | J | | |
| 39. -First Tr ETF IV No Amer Energy (EMLP) (ETF) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 40. -Invesco Convertible Securities FD (CNSAX) (mutual fund) | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 41. -Blackrockk Strategic Income (BASIX) (mutual fund) | A | Dividend | K | T | Buy | 06/03/13 | K | | |
| 42. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 43. -Columbia Income Opportunities FD Class (CIOZX) (mutual fund) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 44. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 45. -Invesco Floating Rate Fund (AFRAX) (mutual fund) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 46. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 47. -Putnam Short Duration Income Fund (PSDTX) (mutual fund) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 48. -Blackrock Global Long/Short Credit FD (BGCAX) (mutual fund) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 49. -Blackrock Multi-Asset Income Portfolio (BAICX) (mutual fund) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 50. | | | | | Sold (part) | 10/03/13 | J | | |
| 51. IRA #6 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Invesco Global Real Estate Income Fd (ASRAX) (mutual fund) | C | Dividend | L | T | Buy (add'l) | 05/31/13 | J | | |
| 53. | | | | | Sold (part) | 10/03/13 | J | | |
| 54. -IShares Trust S&P US Pfd Stock Index Fund (PFF) (ETF) | C | Dividend | L | T | Buy (add'l) | 10/03/13 | J | | |
| 55. -SPDR Barclays Capital High Yield (JNK) (ETF) | C | Dividend | | | Sold | 10/03/13 | L | | |
| 56. -Vanguard Short Term Corporate Bond (VCSH) (ETF) | B | Dividend | L | T | Buy (add'l) | 05/31/13 | J | | |
| 57. | | | | | Sold (part) | 10/03/13 | J | | |
| 58. -Double Line Total Return Fund (DLTNX) (mutual fund) | D | Dividend | L | T | Buy (add'l) | 06/03/13 | K | | |
| 59. | | | | | Sold (part) | 10/03/13 | L | | |
| 60. -Loomis Sayles Investment Grade Bond (LIGRX) (mutual fund) | C | Dividend | L | T | Buy (add'l) | 05/31/13 | K | | |
| 61. | | | | | Sold (part) | 10/03/13 | L | | |
| 62. -TCW Emerging Markets Income Fd Class N (TGINX) (mutual fund) | C | Dividend | L | T | Buy (add'l) | 06/03/13 | K | | |
| 63. | | | | | Sold (part) | 10/03/13 | J | | |
| 64. -Virtus Multi-Sector Short Term Bond (NARAX) (mutual fund) | C | Dividend | L | T | Buy (add'l) | 05/31/13 | K | | |
| 65. | | | | | Sold (part) | 10/03/13 | L | | |
| 66. -Kimco Realty Corp 6.900% (KIM.PRH) (preferrred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 67. -PS Business Parks Inc Cuml Ser S 6.450% (PSB.PRS) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 68. -Public Storage 6.5% Pref CLBL Par Value(PSARP) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vornado Rlty TR Cuml Ser J 6.875% (VNO.PRJ) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 70. -Weingarten Realty Invest 8.100% (WRD) (preferred) | A | Interest | | | Sold | 10/03/13 | J | | |
| 71. -First Tr ETF IV No Amer Energy (EMLP) (ETF) | A | Dividend | K | T | Buy | 04/09/13 | K | | |
| 72. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 73. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 74. -Invesco Convertible Securities FD (CNSAX) (mutual fund) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 75. -Blackrock Strategic Income (BASIX) (mutual fund) | A | Dividend | M | T | Buy | 06/03/13 | K | | |
| 76. | | | | | Buy (add'l) | 10/04/13 | L | | |
| 77. -Columbia Income Opportunities FD (CIOZX) (mutual fund) | A | Dividend | L | T | Buy | 10/03/13 | L | | |
| 78. -Invesco Floating Rate Fund (AFRAX) (mutual fund) | A | Dividend | L | T | Buy | 05/31/13 | J | | |
| 79. | | | | | Buy (add'l) | 10/03/13 | L | | |
| 80. -Putnam Short Duration Income FD (PSDTX) (mutual fund) | A | Dividend | K | T | Buy | 10/03/13 | K | | |
| 81. -Blackrock Global Long/Short Credit FD (BGCAX) (mutual fund) | A | Dividend | L | T | Buy | 10/03/13 | L | | |
| 82. -Blackrock Multi-Asset Income Portfolio (BAICX) (mutual fund) | B | Dividend | L | T | Buy | 05/31/13 | K | | |
| 83. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 84. Brokerage #9 (H) | | | | | | | | | |
| 85. -BOK Financial Corp. New (BOKF) (common) | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Jackson Nat'l Life Ins Co Perspective L Series Class L | | None | N | T | | | | | |
| 87. -Lincoln Nat'l Choice Plus Assurance L Share | | None | O | T | | | | | |
| 88. -Lincoln Nat'l Choice Plus Assur L Share | | None | O | T | | | | | |
| 89. -Ohio Nat'l Oncore Lite II Class L | | None | N | T | | | | | |
| 90. Brokerage #10 (H) | | | | | | | | | |
| 91. -Blackrock Strategic Income A (BASIX) (mutual fund) | B | Dividend | L | T | Buy (add'l) | 01/10/13 | J | | |
| 92. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 93. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 94. -Consumers Staples Sector SPDR Trust (XLP) (ETF) | A | Dividend | | | Buy (add'l) | 01/10/13 | J | | |
| 95. | | | | | Sold (part) | 05/02/13 | J | B | |
| 96. | | | | | Sold | 05/31/13 | L | D | |
| 97. -Health Care Select Sector SPDR Fund (XLV) (ETF) | B | Dividend | K | T | Buy (add'l) | 01/10/13 | K | | |
| 98. | | | | | Sold (part) | 05/02/13 | J | B | |
| 99. | | | | | Sold (part) | 07/01/13 | J | A | |
| 100. | | | | | Sold (part) | 10/01/13 | K | D | |
| 101. -IShares Trust S&P Growth Index Fund (IVW) (ETF) | A | Dividend | L | T | Sold (part) | 01/10/13 | J | A | |
| 102. | | | | | Sold (part) | 05/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 07/01/13 | J | A | |
| 104. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 105. -Vanguard Total Stock Market (VTI) (ETF) | C | Dividend | N | T | Sold (part) | 01/10/13 | J | A | |
| 106. | | | | | Sold (part) | 05/02/13 | J | A | |
| 107. | | | | | Buy (add'l) | 07/01/13 | M | | |
| 108. | | | | | Buy (add'l) | 10/01/13 | K | | |
| 109. -Vanguard REIT (VNQ) (ETF) | A | Dividend | | | Buy (add'l) | 01/10/13 | J | | |
| 110. | | | | | Sold (part) | 05/02/13 | J | A | |
| 111. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 112. | | | | | Sold | 09/03/13 | L | C | |
| 113. -SPDR Barclays Capital High Yield (JNK) (ETF) | A | Dividend | | | Sold | 01/10/13 | L | B | |
| 114. -Double Line Total Return Fund N (DLTNX) (mutual-fund) | B | Dividend | | | Buy (add'l) | 01/10/13 | J | | |
| 115. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 116. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 117. | | | | | Sold | 10/02/13 | L | | |
| 118. -Franklin Templeton Global Bd Fd Cl A (TPINX) (mutual fund) | A | Dividend | | | Sold (part) | 01/10/13 | J | A | |
| 119. | | | | | Buy (add'l) | 05/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 07/01/13 | L | | |
| 121. -TCW Emerging Markets Income Fund (TGINX) (mutual fund) | A | Dividend | | | Buy (add'l) | 01/11/13 | K | | |
| 122. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 123. | | | | | Sold | 07/02/13 | L | | |
| 124. -Invesco Balanced-Risk Allocation Fund (ABRZX) (mutal fund) | C | Dividend | L | T | Buy (add'l) | 01/10/13 | J | | |
| 125. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 126. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 127. | | | | | Sold (part) | 10/01/13 | L | | |
| 128. -Powershares QQQ Trust (QQQ) (ETF) | A | Dividend | L | T | Buy | 05/31/13 | L | | |
| 129. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 130. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 131. -Invesco Floating Rate Fund (AFRAX) (mutual fund) | C | Dividend | L | T | Buy (add'l) | 01/10/13 | J | | |
| 132. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 133. | | | | | Sold (part) | 07/01/13 | J | | |
| 134. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 135. -IShares Barclays Tips Bond Fund (TIP) (ETF) | A | Dividend | | | Buy (add'l) | 01/10/13 | K | | |
| 136. | | | | | Sold | 05/02/13 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -IShares IBoxx Invt Grade Corp Bond Fund (LQD) (ETF) | A | Dividend | | | Sold | 01/10/13 | K | B | |
| 138.  -SPDR S&P Dividend ETF (SDY) (ETF) | D | Dividend | M | T | Sold (part) | 01/10/13 | J | A | |
| 139. | | | | | Sold (part) | 05/02/13 | J | B | |
| 140. | | | | | Sold (part) | 07/01/13 | J | A | |
| 141. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 142.  -Vanguard Bd Index Fd Inc Total Bond Mkt (BND) (ETF) | | None | | | Sold | 01/10/13 | K | B | |
| 143.  -Vanguard Extd Mkt ETF (VXF) (ETF) | B | Dividend | L | T | Buy | 05/02/13 | L | | |
| 144. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 145. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 146.  -Vanguard Intl Equity Index FD Inc (VEU) (ETF) | A | Dividend | L | T | Buy | 10/01/13 | L | | |
| 147.  -IShares MSCI Emerging Markets (EEMV) (ETF) | A | Dividend | | | Buy | 01/10/13 | L | | |
| 148. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 149. | | | | | Sold | 07/01/13 | L | | |
| 150.  -Putnam Short Duration Income FD (PSDTX) (mutual fund) | A | Dividend | L | T | Buy | 07/01/13 | L | | |
| 151. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 152.  -Mainstay Marketfield Fund (MFLDX) (mutual fund) | A | Dividend | L | T | Buy | 10/01/13 | L | | |
| 153.  -Blackrock Global Long/Short Credit FD (BGCAX) (mutual fund) | A | Dividend | L | T | Buy | 10/01/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Columbia Income Opportunitites FD Class (CIOZX) (mutual fund) | C | Dividend | L | T | Buy | 01/10/13 | L | | |
| 155. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 156. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 157. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 158. -Fidelity Advisor Biotechnology FD (FBTAX) (mutual fund) | A | Dividend | K | T | Buy | 10/01/13 | K | | |
| 159. IRA #7 (H) | | | | | | | | | |
| 160. -UBS Bank USA Account | A | Interest | M | T | | | | | |
| 161. -AFLAC Inc (AFL) (common) | A | Dividend | J | T | Sold (part) | 05/20/13 | K | A | |
| 162. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 163. -Air Prod & Chemical Inc (APD) (common) | A | Dividend | | | Sold | 01/22/13 | K | A | |
| 164. | | | | | Buy | 03/27/13 | K | | |
| 165. | | | | | Sold | 05/20/13 | K | A | |
| 166. -Astrazeneca PLC Spon ADR (AZN) (common) | A | Dividend | K | T | Sold (part) | 01/22/13 | J | A | |
| 167. | | | | | Buy (add'l) | 01/23/13 | J | | |
| 168. -Bank of Nova Scotia Canada CAD (BNS) (common) | A | Dividend | | | Buy (add'l) | 03/27/13 | J | | |
| 169. | | | | | Sold | 08/13/13 | K | A | |
| 170. -Boeing Company (BA) (common) | A | Dividend | | | Sold | 05/08/13 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | J | T | Buy | 08/16/13 | J | | |
| 172.  -Clorox Co (CLX) (common) | A | Dividend | J | T | Sold (part) | 04/22/13 | K | A | |
| 173. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 174.  -Coca Cola Co Com (KO) (common) | A | Dividend | | | Sold | 05/20/13 | K | B | |
| 175. | | | J | T | Buy | 08/16/13 | J | | |
| 176.  -Colgate Palmolive Co. (CL) (common) | A | Dividend | J | T | Sold (part) | 02/19/13 | J | A | |
| 177. | | | | | Sold (part) | 05/20/13 | J | A | |
| 178. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 179. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 180.  -CSX Corporation (CSX) (common) | A | Dividend | J | T | Sold (part) | 02/19/13 | K | A | |
| 181. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 182.  -Diageo Plc New GB Spon ADR (DEO) (common) | A | Dividend | J | T | Sold (part) | 01/22/13 | J | B | |
| 183.  -Du Pont De Nemours (DD) (common) | A | Dividend | | | Buy | 02/22/13 | K | | |
| 184. | | | | | Sold | 07/23/13 | K | B | |
| 185.  -Genl Mills Inc (GIS) (common) | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 186. | | | | | Sold | 04/22/13 | J | C | |
| 187.  -Illinois Tool Works Inc (ITW) (common) | A | Dividend | J | T | Sold (part) | 06/24/13 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 189. -Intel Corp (INTC) (common) | A | Dividend | K | T | Buy (add'l) | 03/27/13 | J | | |
| 190. -Intl Business Mach (IBM) (common) | A | Dividend | | | Buy | 05/31/13 | K | | |
| 191. | | | | | Sold | 10/23/13 | K | | |
| 192. -Johnson & Johnson Com (JNJ) (common) | A | Dividend | K | T | Sold (part) | 01/22/13 | J | A | |
| 193. | | | | | Sold | 07/22/13 | K | C | |
| 194. | | | | | Buy | 09/30/13 | K | | |
| 195. -JP Morgan Chase & CO (JPM) (common) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 196. -Medtronic Inc (MDT) (common) | A | Dividend | J | T | Sold (part) | 05/20/13 | K | C | |
| 197. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 198. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 199. -Microsoft (MSFT) (common) | | None | | | Buy | 02/22/13 | K | | |
| 200. | | | | | Sold | 05/14/13 | K | B | |
| 201. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | K | T | Sold (part) | 01/22/13 | J | A | |
| 202. | | | | | Buy (add'l) | 09/30/13 | K | | |
| 203. -Nordstrom Inc (JWN) (common) | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 204. -Northeast Utilities (NU) (common) | A | Dividend | K | T | Buy | 01/23/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Novartis AG Spon ADR (NVS) (common) | A | Dividend | J | T | Sold (part) | 01/22/13 | J | A | |
| 206. -Occidental Petroleum Crp (OXY) (common) | A | Dividend | K | T | | | | | |
| 207. -Pearson PLC Spon ADR (PSO) (common) | | None | | | Buy | 01/23/13 | K | | |
| 208. | | | | | Sold | 02/26/13 | K | | |
| 209. -Raytheon Co. (RTN) (common) | A | Dividend | | | Sold | 03/27/13 | K | B | |
| 210. -Sanofi Spon ADR (SNY) (common) | A | Dividend | K | T | Buy | 03/27/13 | K | | |
| 211. -Schlumberger LTD (SLB) (common) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 212. -Simon PPTY Group Inc (SPG) (common) | A | Dividend | K | T | Buy | 02/22/13 | K | | |
| 213. -Stanley Black & Decker Inc (SWK) (common) | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 214. -Starbucks Corp (SBUX) (common) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 215. -Starwood Hotels & Resorts Worldwide (HOT) (common) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 216. -Teva Pharmaceuticals Ind (TEVA) (common) | A | Dividend | K | T | Buy | 02/21/13 | K | | |
| 217. -Time Warner Cable Inc. (TWC) (common) | A | Dividend | K | T | Buy | 02/22/13 | K | | |
| 218. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 219. -Toronto Dominion Bk New Canada CAD (TD) (common) | A | Dividend | | | Sold | 08/13/13 | K | B | |
| 220. -Total SA France Spon ADR (TOT) (common) | B | Dividend | K | T | | | | | |
| 221. -United Parcel Service Inc CL B (UPS) (common) | A | Dividend | | | Sold | 04/22/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Untd Technologies Corp (UTX) (common) | | None | | | Sold | 02/13/13 | K | B | |
| 223. -VFC Corp (common) | A | Dividend | | | Sold | 05/20/13 | K | B | ` |
| 224. -Vodafone Group PLC New Spon ADR (VOD) (common) | A | Dividend | K | T | | | | | |
| 225. -Yum! Brands Inc (YUM) (common) | A | Dividend | K | T | Buy | 05/31/13 | K | | |
| 226. Brokerage #12 (H) | | | | | | | | | |
| 227. -Invesco Global Real Estate Incomr Fd (ASRAX) (mutual fund) | B | Dividend | K | T | Sold (part) | 10/03/13 | K | A | |
| 228. | | | | | Sold (part) | 12/20/13 | J | A | |
| 229. -Invesco Convertible Securities Fund (CNSAX) (mutual fund) | A | Dividend | J | T | Buy | 10/03/13 | K | | |
| 230. | | | | | Sold (part) | 12/20/13 | J | | |
| 231. -Eagle Rock Energy Partners Ltd (EROC) (common) | B | Dividend | | | Sold | 12/05/13 | J | | |
| 232. -Energy Transfer Partners LP (ETP) (common) | B | Dividend | K | T | Sold (part) | 12/20/13 | J | A | |
| 233. -PAA Nat Gas Storage LP MLP (PNG) (common) | B | Dividend | J | T | Sold (part) | 12/20/13 | J | A | |
| 234. -Regency Energy Partners LP Units REPSTG Ltd (RGP) (common) | B | Dividend | J | T | Sold (part) | 12/20/13 | J | A | |
| 235. -JP Morgan Chase & Co 5.250% (corp bond) | A | Interest | K | T | | | | | |
| 236. -Goldman Sachs Grp Inc 3.625% (corp bond) | A | Interest | K | T | | | | | |
| 237. -Genl Elec Co. 5.250% (corp bond) | A | Interest | K | T | | | | | |
| 238. -Petrobras Intl Fin 5.875% (corp bond) | A | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 30

Name of Person Reporting

SEYMOUR, STEPHANIE K.

Date of Report

04/21/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -IShares Trust S&P U S PFD Stock Index (PFF) (ETF) | B | Dividend | K | T | Sold (part) | 10/03/13 | J | | |
| 240. | | | | | Sold (part) | 12/20/13 | J | | |
| 241. -SPDR Barclays Capital High Yield (JNK) (ETF) | D | Dividend | | | Sold | 10/03/13 | M | | |
| 242. -Vanguard Short Term Corp BD (VCSH) (ETF) | A | Dividend | K | T | Sold (part) | 05/31/13 | L | | |
| 243. | | | | | Buy (add'l) | 10/03/13 | K | | |
| 244. | | | | | Sold (part) | 12/20/13 | J | A | |
| 245. -Blackrock Strategic Income (BASIX) (mutual fund) | A | Dividend | L | T | Buy | 10/04/13 | M | | |
| 246. | | | | | Sold (part) | 12/06/13 | J | A | |
| 247. | | | | | Sold (part) | 12/20/13 | K | A | |
| 248. -Columbia Income Opportunities Fund (CIOZX) (mutual fund) | A | Dividend | L | T | Buy | 10/03/13 | L | | |
| 249. | | | | | Sold (part) | 12/20/13 | K | A | |
| 250. -Double Line Total Return Fund N (DLTNX) (mutual fund) | D | Dividend | L | T | Sold (part) | 10/03/13 | L | | |
| 251. | | | | | Sold (part) | 12/05/13 | J | | |
| 252. | | | | | Sold (part) | 12/20/13 | J | | |
| 253. -Invesco High Yield Municipal Fund (ACTHX) (mutual fund) | A | Dividend | K | T | Buy | 10/03/13 | L | | |
| 254. | | | | | Sold (part) | 12/20/13 | J | | |
| 255. -Invesco Floating Rate Fund (AFRAX) (mutual fund) | A | Dividend | L | T | Buy | 10/03/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/20/13 | K | A | |
| 257. -Loomis Sayles Investment Grade Bd (LIGRX) (mutual fund) | D | Dividend | L | T | Sold (part) | 07/25/13 | L | | |
| 258. | | | | | Buy (add'l) | 10/13/13 | J | | |
| 259. | | | | | Sold (part) | 12/20/13 | K | | |
| 260. -TCW Emerging Markets Income Fund CL N (TGINX) (mutual fund) | C | Dividend | L | T | Sold (part) | 10/03/13 | K | | |
| 261. | | | | | Sold (part) | 12/05/13 | J | | |
| 262. | | | | | Sold (part) | 12/20/13 | J | | |
| 263. -Thornburg Limited Term Municipal Fund (LTMFX) (mutual fund) | A | Dividend | K | T | Buy | 10/03/13 | L | | |
| 264. | | | | | Sold (part) | 12/20/13 | J | | |
| 265. -Virtus Multi-Sector Short Term Bd (NARAX) (mutual fund) | C | Dividend | L | T | Sold (part) | 10/03/13 | L | | |
| 266. | | | | | Sold (part) | 12/20/13 | K | A | |
| 267. -Blackrock Global Long/Short Credit Fund (BGCAX) (mutual fund) | A | Dividend | K | T | Buy | 10/03/13 | L | | |
| 268. | | | | | Sold (part) | 12/20/13 | J | A | |
| 269. -Blackrock Multi-Asset Income Portfolio (BAICX) (mutual fund) | A | Dividend | K | T | Buy | 10/03/13 | L | | |
| 270. | | | | | Sold (part) | 12/20/13 | J | A | |
| 271. -Kimco Realty Corp 6.9% (KIM.PRH) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 272. -PS Business Parks Inc Cuml Ser S 6.450% (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Public Storage 6.5% Pref CLBL Par Val (PSA.PRP) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 274. -Vornado Rlty Tr Cuml Ser J 6.875% (VNO.PRJ) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 275. -Weingarten Realty Invest 8.100% (WRD) (preferred) | A | Dividend | | | Sold | 10/03/13 | J | | |
| 276. Brokerage Account #13 (H) | | | | | | | | | |
| 277. -Apple Inc (AAPL) (common) | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 278. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 279. -AFLAC Inc (AFL) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 280. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 281. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 282. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 283. -Air Prod & Chemical Inc (APD) (common) | A | Dividend | | | Buy | 04/09/13 | J | | |
| 284. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 285. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 286. | | | | | Sold | 08/13/13 | J | A | |
| 287. -Astrazeneca PLC Spon ADR (AZN) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 288. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 289. | | | | | Buy (add'l) | 06/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 291. -Boeing Company DE (BA) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 292. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 293. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 294. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 295. -Bank of Nova Scotia Canada CAD (BNS) (common) | | None | | | Buy | 04/09/13 | J | | |
| 296. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 297. | | | | | Sold | 05/31/13 | J | A | |
| 298. -British Amer Tobacco PLC GB Spon ADR (BTI) (common) | | None | | | Buy | 04/09/13 | J | | |
| 299. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 300. | | | | | Sold | 05/01/13 | J | A | |
| 301. -Colgate Palmolive Co (CL) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 302. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 303. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 304. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 305. -Clorox Co (CLX) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 306. | | | | | Buy (add'l) | 04/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 308. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 309.  -Coca Cola Co Com (KO) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 310. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 311. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 312. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 313.  -CSX Corporation (CSX) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 314. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 315. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 316. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 317.  -Du Pont De Nemours (DD) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 318. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 319. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 320. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 321.  -Diageo PLC New GB Spon ADR (DEO) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 322. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 323. | | | | | Buy (add'l) | 06/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 325.  -Emerson Electric Co (EMR) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 326. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 327. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 328. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 329.  -Intel Corp (INTC) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 330. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 331. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 332. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 333.  -Illinois Tool Works Inc (ITW) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 334. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 335. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 336. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 337.  -Johnson & Johnson Corn (JNJ) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 338. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 339. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 340. | | | | | Buy (add'l) | 08/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Nordstrom Inc (JWN) (common) | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 342. -Medtronic Inc (MDT) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 343. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 344. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 345. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 346. -Microsoft Corp (MSFT) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 347. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 348. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 349. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 350. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 351. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 352. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 353. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 354. -Northeast Utilities (NU) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 355. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 356. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 357. | | | | | Buy (add'l) | 08/13/13 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Novartis AG Spon ADR (NVS) (common) | | None | J | T | Buy | 04/09/13 | J | | |
| 359. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 360. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 361. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 362.  -Occidental Petroleum Crp (OXY) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 363. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 364. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 365. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 366.  -Pearson PLC Spon ADR (PSO) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 367. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 368. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 369. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 370.  -Starbucks Corp (SBUX) (common) | A | Dividend | J | T | Buy | 05/31/13 | J | | |
| 371. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 372. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 373.  -Schlumberger LTD (SLB) (common) | A | Dividend | J | T | Buy | 05/31/13 | J | | |
| 374. | | | | | Buy (add'l) | 06/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 376. -Sanofi Spon ADR De (SNY) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 377. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 378. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 379. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 380. -Simon PPTY Group Inc (SPG) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 381. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 382. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 383. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 384. -Stanley Black & Decker Inc Com (SWK) (common) | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 385. -Toronto Dominion Bk New (TD) (common) | | None | | | Buy | 04/09/13 | J | | |
| 386. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 387. | | | | | Sold | 05/31/13 | J | A | |
| 388. -Teva Pharmaceuticals Ind Ltd Israel ADR (TEVA) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 389. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 390. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 391. | | | | | Buy (add'l) | 08/13/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  -Total S.A. France Spon ADR (TOT) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 393. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 394. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 395. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 396.  -Time Warner Cable Inc (TWC) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 397. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 398. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 399. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 400.  -Unilever PLC Amer SHS New Spon ADR (UL) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 401. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 402. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 403. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 404.  -United Parcel Service Inc (UPS) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 405. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 406. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 407. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 408.  -Untd Technologies Corp (UTX) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 410. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 411. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 412. -VF Corp De (VFC) (common) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 413. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 414. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 415. | | | | | Buy (add'l) | 08/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 04/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -- The IRA and Brokerage accounts have retained the same heading numbers as last year's report. New accounts, if any, were assigned the next sequential number. Also see note below regarding former Brokerage #11.

Part VII, Lines 3-4 -- All UBS Bank Accounts previously reported under the separate Brokerage and IRA accounts have been combined on this report as allowed under the guidelines, and the combined incomes and values now are reported on Line 3. One new UBS Bank Account was opened in 2013, and the opening date and opening amount of that account is reported on Line 4. Also note that this combined reporting resulted in the deletion of Brokerage #11 as its only asset is now included in Line 3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHANIE K. SEYMOUR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544